**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JORDAN MOORE** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO.** |
| | * | |
| **TURN SERVICES, L.L.C.** | * | **SECTION " "** |
| | * | **MAG.** |
| | * | |
| | * | |
| | * | **JURY TRIAL REQUESTED** |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**SEAMAN'S SUIT UNDER THE JONES ACT**

Plaintiff, Jordan Moore, a person of the full age of majority and a citizen of the United States residing in the State of Louisiana, brings this action against Turn Services, L.L.C., and avers the following:

1.

Jurisdiction is based upon Section 33 of the Merchant Marine Act, more commonly referred to as the Jones Act, and under the General Maritime Law for wages, maintenance and cure.

2.

At all pertinent times, Defendant, Turn Services, L.L.C., owned and/or operated a boat, the M/V American Pharoah which is the vessel on which plaintiff was injured on two occasions, and is believed to do business in the State of Louisiana.

3.

On or about December 22, 2022, and at all times hereinafter referred to, plaintiff,Jordan Moore, was employed as a seaman and a member of the crew of the boat, the M/V American Pharoah, owned and/or operated by Turn Services, L.L.C.

4.

On or about December 22, 2022, while working in the course and scope of his employment with defendant, plaintiff was caused to sustain serious, permanent and disabling injuries to his mind and body, all as a result of the negligence of the defendant, Turn Services, the unseaworthy conditions of the aforementioned vessel, its gear and appurtenances, and unsafe working conditions.

5.

On or about July 15, 2023, and at all times hereinafter referred to, plaintiff, Jordan Moore, was employed as a seaman and a member of the crew of the boat, the M/V American Pharoah, owned and/or operated by Turn Services, L.L.C.

6.

On or about July 15, 2023, while working in the course and scope of his employment with defendant, plaintiff was caused to sustain serious, permanent and disabling injuries to his mind and body, all as a result of the negligence of the defendant, Turn Services, L.L.C., the unseaworthy conditions of the aforementioned vessel, its gear and appurtenances, and unsafe working conditions.

7.

As a direct result of said accident and/or accidents and injuries sustained, plaintiff was rendered disabled and has sustained lost wages, and will sustain future lost wages; has incurred medical expenses in the past and will incur future medical expenses; and has suffered extreme pain and mental anguish in the past and will suffer extreme pain and mental anguish in the future, all of

which plaintiff is entitled to sue and recover from defendant herein, damages in the sum of TWO MILLION FIVE HUNDRED THOUSAND AND NO/100 ($2,500,000.00) DOLLARS.

8.

Defendant, Turn Services, L.L.C., is liable unto plaintiff for negligence and/or unseaworthiness and/or wages, maintenance, and cure.

WHEREFORE, plaintiff, Jordan Moore, prays for judgment against defendant, Turn Service, L.L.C., in the sum of TWO MILLION FIVE HUNDRED THOUSAND AND N0/100 ($2,500,000.00) DOLLARS, together with legal interest thereon from date of judicial demand, and with all costs and disbursements of this action and for all appropriate and equitable relief and FOR A TRIAL BY JURY.

RESPECTFULLY SUBMITTED,

*/s/ John M. Robin*
John M. Robin (LA #11341)
Darryl Tschirn (LA#12938)
Zachary D. Rhodes (LA#38063)
600 Covington Center
Covington, LA 70433
Telephone: (985) 893-0370
Facsimile: (985) 893-2511
Johnmrobin@johnmrobinlaw.com

**PLEASE RETURN FOR SERVICE BY WAIVER**:
*THROUGH TURN SERVICES, L.L.C.'S REGISTERED AGENT OF SERVICE*
HANSFORD WOGAN
9100 SAFETY DRIVE
CONVENT, LA 70723-2232