**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JORDAN MOORE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2312** |
| **TURN SERVICES, L.L.C.** | **SECTION: T (5)** |

## JURY VERDICT FORM

**Question No. 1**

Do you find by a preponderance of the evidence that Turn Services, L.L.C. was negligent AND such negligence caused, in whole or in part, Jordan Moore's injuries?

YES: ______

NO: ✓

**Proceed to question 2.**

---

**Question No. 2**

Do you find by a preponderance of the evidence that the M/V AMERICAN PHAROAH was unseaworthy AND such unseaworthiness was a proximate cause of Jordan Moore's injuries?

YES: ______

NO: ✓

**If you answered "Yes" to EITHER Question No. 1 or Question No. 2, proceed to Question No. 3.**

**If you answered "No" to BOTH Question No. 1 AND Question No. 2, do not answer any further questions, and sign and date the form.**

---

**Question No. 3**

Do you find by a preponderance of the evidence that Jordan Moore was negligent AND such negligence contributed to his injuries?

YES: _______

NO: _______

**Proceed to Question No. 4.**

---

**Question No. 4**

What percentage of negligence or unseaworthiness that caused the injuries do you attribute to each party or individual listed below?

Turn Services LLC (negligence / unseaworthiness): _______

Jordan Moore (comparative negligence): _______

**(Assign fault only to those parties for whom you answered "YES" in questions 1, 2, or 3 above. The sum of the percentages must equal 100%. The parties are listed in the same order as above, and the order does not in any way suggest allocation of fault.)**

**Proceed to Question No. 5.**

---

**Question No. 5**

If you find that Jordan Moore sustained any damages as a result of the incidents, without taking into account the percentages of fault assigned in question 4, what amount of money would fairly and reasonably compensate Jordan Moore for his injuries that resulted from the incidents in question?

Past general damages, including: physical impairment, disfigurement, pain and suffering, mental anguish, and loss of enjoyment of life:

$ _______________

Future general damages, including: physical impairment, disfigurement, pain and suffering, mental anguish, and loss of enjoyment of life:

$ _______________

Past lost wages:

$ ______________

Future loss of earning capacity:

$ ______________

Future medical expenses:

$ ______________

**Sign and date the form and return to the courtroom.**

New Orleans, Louisiana, this 24 day of September, 2025.

[redacted]