UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORDAN MOORE | CIVIL ACTION |
| VERSUS | NO: 24-2312 |
| TURN SERVICES, L.L.C. | SECTION: T (5) |

**JUDGMENT**

The Court having conducted a jury trial where the jury verdict ruled in favor of Defendant, Turn Services, L.L.C., on all counts.

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant and against Plaintiff, Jordan Moore, dismissing Plaintiff's claims against Defendant with prejudice.

New Orleans, Louisiana, this 30th day of September 2025.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE